SHEPARD et al. v. BARRON. (Circuit Court of Appeals, Sixth Circuit. May 6, 1902.) No. 993. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Pugh & Pugh, for appellants. Dyer, Williams & Stouffer, for appellee. Before LURTON, DAY, and SEVERENS, Circuit Judges. No opinion. Dismissed, with costs, for want of jurisdiction.

---

THE STARTLE. (Circuit Court of Appeals, Third Circuit. September 24, 1902.) No. 31. Appeal from the District Court of the United States for the District of Delaware.

PER CURIAM. This cause being called in its regular order, and on motion of George A. Elliott, Esq., of counsel for appellant, it is ordered, adjudged, and decreed by this court that the appeal in this cause be, and the same is hereby, dismissed at the costs of appellant.

---

TAYLOR v. DECATUR MINERAL & LAND CO. (Circuit Court of Appeals, Fifth Circuit. October 17, 1902.) No. 1,115. Appeal from the Circuit Court of the United States for the Northern District of Alabama. See 112 Fed. 449, and 115 Fed. 1022. Before PARDEE and McCORMICK, Circuit Judges.

PER CURIAM. The petition for hearing herein is granted, and this case is ordered set down for hearing on regular assignment, to be heard by a full bench.

---

UNITED STATES v. BRAY et al. (Circuit Court of Appeals, Eighth Circuit. September 1, 1902.) No. 1,756. In Error to the District Court of the United States for the District of Colorado. Earl M. Cranston and Ernest Knaebel for the United States. Milton J. Stair and John H. Leiper, for defendants in error. No opinion. Affirmed, without costs to either party in this court.

---

WILKINS v. MUTUAL GOLD & COPPER MIN. CO. (Circuit Court of Appeals, Eighth Circuit. August 18, 1902.) No. 1,779. In Error to the Circuit Court of the United States for the District of Wyoming. Henry C. Hall, K. R. Babbitt, R. C. Thayer, and Charles H. Bryce, for plaintiff in error. Charles F. Fishback and John S. Williams, for defendant in error. No opinion. Dismissed, pursuant to stipulation; each party to pay his own costs.

---

WRIGHT, Comptroller General, v. LOUISVILLE & N. R. CO. (Circuit Court of Appeals, Fifth Circuit. October 13, 1902.) No. 1,156. Appeal from the Circuit Court of the United States for the Northern District of Georgia. For opinion below, see 116 Fed. 670. Boykin Wright and J. M. Terrell, for appellant. Jos. B. & Bryan Cumming and King & Spalding, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The decree of the circuit court is affirmed.